UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jermey Wilson

Write the full name of each plaintiff.

-against-

1.) TWU Local 100 - Richard Davis, John Chiarello,
Lynwood Whichard, LaTonya Crisp
2.) MTA New York City Transit Authority /
Labor Relations Department

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

24 cv 7207

(Include case number if one has been
assigned)

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Breach of Contract, Failure of fair Represention, Unfair Labor Practice, Collusion

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Jermell _____ L _____ Wilson _____
First Name          Middle Initial          Last Name

130-50 176th Place  Apt 2 _____
Street Address

Queens Jamaica _____  New York _____  11434 _____
County, City                 State                   Zip Code

(917)-776-0604 _____  BigSexy0877@gmail.com _____
Telephone Number              Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Richard                     Davis
                First Name                  Last Name

                President
                Current Job Title (or other identifying information)

                195 Montague Street 9th Flr. Brooklyn, N.Y. 11201
                Current Work Address (or other address where defendant may be served)

                Kings   Brooklyn          New York              11201
                County, City              State                 Zip Code

Defendant 2:    John                       Chiarello
                First Name                 Last Name

                Secretary-Treasurer
                Current Job Title (or other identifying information)

                195 Montague Street 9th Flr
                Current Work Address (or other address where defendant may be served)

                Kings   Brooklyn          New York              11201
                County, City              State                 Zip Code

Defendant 3:    Lynwood                    Whichard
                First Name                 Last Name

                Administrative Vice President
                Current Job Title (or other identifying information)

                195 Montague Street 9th Flr
                Current Work Address (or other address where defendant may be served)

                Kings   Brooklyn          New York              11201
                County, City              State                 Zip Code

Page 4

Defendant 4: Latonya CMSP
First Name        Last Name

Recording Secretary
Current Job Title (or other identifying information)

195 Montague Street 9th Flr
Current Work Address (or other address where defendant may be served)

Kings Brooklyn        New York        11201
County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Manhattan, New York

Date(s) of occurrence: 9/26/2001

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I got into an incident on the job. I was disciplined by management unfairly according to the collective bargaining agreement. Because of the discipline, I lost money and demoted out of my title, and the union failed to represent me properly.

* Defendant 5 see back ⟶

Defendant 5: New York City Transit Authority
130 Livingston Street
Brooklyn, New York 11201
Legal Department

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

1.) My Former Title *
2.) All back Pay owed

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 9/13/2024

Plaintiff's Signature: Wilson

First Name: Jerrell    Middle Initial: L.    Last Name: Wilson

Street Address: 130-50 176th Place Apt. #

County, City: Queens Jamaica    State: New York    Zip Code: 11434

Telephone Number: (917)-776-0604

Email Address (if available): BigSexy10577@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.